LAW OFFICES
# Weston, Garrou & Mooney
A PARTNERSHIP OF PROFESSIONAL BUSINESS ENTITIES

JOHN H. WESTON[1‡]
G. RANDALL GARROU[1‡]
JEROME H. MOONEY[1, 4◊]
MARK P. BINDER[1‡]
REBEKAH FRUSHTICK[1,2]

12121 WILSHIRE BOULEVARD
SUITE 525
LOS ANGELES, CALIFORNIA 90025
FAX (310) 442-0899
(310) 442-0072

SALT LAKE CITY
50 WEST BROADWAY
SUITE 300
SALT LAKE CITY, UT 84101-2006
(801) 364-5635

[1]ADMITTED IN CALIFORNIA
[2]ADMITTED IN ILLINOIS
[4]ADMITTED IN UTAH

[‡]A CALIFORNIA PROFESSIONAL CORPORATION
[◊]A UTAH PROFESSIONAL CORPORATION

November 25, 2019

Via ECF

Hon. William H. Pauley, III, U.S.D.J.
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007


**MEMO ENDORSED**

Re: **725 Eatery Corp., etc. et ano. v. City of New York, et al.,
Docket No.02 CV 443L (WHP) ("Action No. 1")**

**59 Murray Enterprises, Inc. etc., et ano. v. City of New York, et al.,
Docket No. 02 CV 4432 (WHP) ("Action No. 2")**

**Club at 60th Street et al. v. City of New York
Docket No. 02 CV 8333 (WHP) ("Action No. 3")**

**336 LLC, etc, et al. v. City of New York
Docket No. 18 CV 3732 (WHP) ("Action No. 4")**

Dear Judge Pauley:

    I represent the Plaintiffs in the above-referenced Action No. 3 and write on behalf all Plaintiffs to request that the due date for the joint status report to the Court, presently due December 17, 2019 (Doc. No. 123 in Action No. 1), be further extended to January 15, 2020. We have consulted with counsel for Defendants, who have no objection to the granting of this request and have agreed with us on the proposed new due date for the report.

    This would be the second extension of the due date for the status report. The reason for this request is that John Weston, Esq., one of the attorneys for Plaintiffs in Action No. 3 and who has been acting as lead counsel in conferring with Defendants' counsel on behalf of all Plaintiffs, has been taken ill and been hospitalized since November 13, 2079. While Mr. Weston is expected to make a full recovery and resume his role as Plaintiffs' lead counsel, his illness and

LAW OFFICES
WESTON, GARROU & MOONEY
A PARTNERSHIP OF PROFESSIONAL BUSINESS ENTITIES

Honorable William H. Pauley, III, U.S.D.J.
Re: Motion for Extension of Time to File
November 25, 2019
Page 2

hospitalization have necessarily delayed Plaintiffs' counsels' discussions with Defendants' counsel, regarding proposed discovery and a litigation plan for the Actions, and more time will be needed to complete those discussions and prepare a status report than originally anticipated.

The proposed report date of January 15, 2020 is more than a full week prior to the pre-trial status conference scheduled to be held on January 24, 2020, and will not require any postponement of the status conference.

On behalf of all counsel and parties, we thank the Court in advance for its consideration of this request.

Very truly yours,

WESTON, GARROU & MOONEY

By /s/ G.Randall Garrou
  Co-Counsel for Plaintiffs in Case no. 3

GRG:km

**Application granted. The parties shall submit their joint status report by January 15, 2020.**

Dated: November 26, 2019
  New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.