Case 1:02-cv-08333-WHP   Document 120   Filed 09/21/20   Page 1 of 1

## LAW OFFICES
## WESTON, GARROU & MOONEY
A LEGAL PARTNERSHIP

JOHN H. WESTON[1‡]
G. RANDALL GARROU[1]
JEROME H. MOONEY[1, 4◊]
MARK P. BINDER[1‡]
REBEKAH FRUSHTICK[1, 2, 3]

12121 WILSHIRE BOULEVARD
SUITE 525
LOS ANGELES, CALIFORNIA 90025
FAX (310) 442-0899
(310) 442-0072

**SALT LAKE CITY**
50 WEST BROADWAY
SUITE 300
SALT LAKE CITY, UT 84101-2006
(801) 364-5635

[1] ADMITTED IN CALIFORNIA
[2] ADMITTED IN ILLINOIS
[3] ADMITTED IN NORTH CAROLINA
[4] ADMITTED IN UTAH

[‡] A CALIFORNIA PROFESSIONAL CORPORATION
[◊] A UTAH PROFESSIONAL CORPORATION

September 17, 2020

Via ECF

Hon. William H. Pauley, III, U.S.D.J.
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 100070



Re:  **Club at 60th Street, et al. v. City of New York**
     **Docket No. 02 CV 8333 (WHP) ("Action No. 3")**

     **REQUEST FOR REMOVAL FROM DOCKET RE JOHN H. WESTON, ESQ.**

Dear Judge Pauley:

Our firm is lead counsel for Plaintiffs in the above-referenced "Action #3." Yesterday we wrote to notify the Court of the death of our beloved senior partner and former lead counsel in this matter, John H. Weston. By this letter, we regretfully request that the Court remove his name from the docket and also cease sending emails to both his address and to his listed secondary email addresses. Accordingly, please remove the addresses of JohnHWeston@wgdlaw.com, judykushner@wgdlaw.com and wgd.rg@wgdlaw.com from all future email communications/notifications.

Respectfully,

**WESTON, GARROU & MOONEY**
*Attorneys for Plaintiffs in Action No. 3*

By:  s/G. Randall Garrou
     G. Randall Garrou, Esq.

cc: All Counsel (Via ECF)

---

**Application granted. Having been notified of Mr. Weston's death, this Court directs the Clerk of Court to terminate his appearance on the docket. The Clerk of Court shall also terminate Mr. Weston's appearance on the docket of the following related cases: 02cv4431, 02cv4432, and 18cv3732.**

SO ORDERED:

Dated: September 21, 2020
New York, New York

*/s/ William H. Pauley III*
WILLIAM H. PAULEY III
U.S.D.J.